UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| WESLEY BRUCE HOLDEN,<br><br>        Plaintiff,<br><br>   v.<br><br>COSTCO WHOLESALE CORPORATION, and DOES 1 to 25,<br><br>        Defendants. | No. 2:19-CV-01525 WBS EFB<br><br><br><br><u>ORDER</u> |

----oo0oo----

        The court held a status conference on December 9, 2019. Per the agreement of the parties, discovery is STAYED until April 15, 2020.  The status conference is continued to for April 13, 2020 at 1:30 p.m.

        IT IS SO ORDERED.

Dated: December 10, 2019

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1