# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WESLEY BRUCE HOLDEN,<br><br>        Plaintiff,<br><br>    v.<br><br>COSTCO WHOLESALE CORPORATION, and DOES 1 TO 25,<br><br>        Defendants. | **Case No. 2:-19-cv-01525-WBS-EFB**<br>(Removed from Sacramento County Superior Court, Case No 34-2019-00259489)<br><br>**ORDER CONTINUING STATUS CONFERENCE DATE** |

## ORDER

The Court, having read and considered the Stipulation to continue the status conference date currently set for April 13, 2020, and good cause appearing therefore, rules as follows:

IT IS HEREBY ORDERED THAT the status conference set for April 13, 2020 at 1:30 pm is continued to August 3, 2020 at 1:30 pm. A joint status report shall be filed no later than July 20, 2020.

IT IS SO ORDERED.

Dated: April 2, 2020

                                               WILLIAM B. SHUBB
                                               UNITED STATES DISTRICT JUDGE