# UNITED STATED DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WESLEY BRUCE HOLDEN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COSTCO WHOLESALE CORPORATION, and DOES 1 TO 25,<br><br>　　　　Defendants. | **Case No.  2:-19-cv-01525-WBS-EFB**<br>(Removed from Sacramento County Superior Court, Case No 34-2019-00259489)<br><br>**ORDER CONTINUING STATUS CONFERENCE DATES**<br><br>The Hon. William B. Shubb<br>Courtroom 5, 14th Floor |

　　The Court, having read and considered the Stipulation to continue the Status Conference currently set for January 19, 2021, and good cause appearing therefore, rules as follows:

　　IT IS HEREBY ORDERED that the Status Conference set for January 19, 2021 at 1:30p.m. is continued to **June 7, 2021 at 1:30p.m.** A joint status report shall be filed no later than **May 24, 2021**.

　　IT IS SO ORDERED.

　　Dated:  January 4, 2021

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE