# UNITED STATED DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WESLEY BRUCE HOLDEN,<br><br>    Plaintiff,<br><br>    v.<br><br>COSTCO WHOLESALE CORPORATION, and DOES 1 TO 25,<br><br>    Defendants. | **Case No. 2:-19-cv-01525-WBS-EFB**<br>(Removed from Sacramento County Superior Court, Case No 34-2019-00259489)<br><br>**ORDER CONTINUING STATUS CONFERENCE DATES**<br><br>The Hon. William B. Shubb<br>Courtroom 5, 14th Floor |

The Court, having read and considered the Stipulation to continue the Status Conference currently set for June 7, 2021, and good cause appearing therefore, rules as follows:

IT IS HEREBY ORDERED that the Status Conference set for June 7, 2021 at 1:30p.m. is continued to December 6, 2021 at 1:30p.m. A joint status report shall be filed no later than November 22, 2021.

IT IS SO ORDERED.

Dated: May 24, 2021

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE