```
 1  ROBERT G. ENGEL (SBN 158115)
    robert.engel@wilsonelser.com
 2  LISA SILVA PASSALACQUA (SBN 161990)
    lisa.passalacqua@wilsonelser.com
 3  WILSON, ELSER, MOSKOWITZ,
        EDELMAN & DICKER LLP
 4  655 Montgomery Street, Suite 900
    San Francisco, CA 94111
 5  Telephone:   415.433.0990
    Facsimile:   415.434.1370
 6
    Attorneys for Defendant
 7  COSTCO WHOLESALE CORPORATION
```

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| WESLEY BRUCE HOLDEN, | Case No.  2:-19-cv-01525-WBS-EFB |
|---|---|
| Plaintiff, | (Removed from Sacramento County Superior Court, Case No 34-2019-00259489) |
| v. | |
| COSTCO WHOLESALE CORPORATION, and DOES 1 TO 25, | **DEFENDANT'S UNOPPOSED MOTION TO CONTINUE PRETRIAL CONFERENCE AND TRIAL DATES** |
| Defendants. | |

**TO THE COURT AND ALL PARTIES OF RECORD:**

PLEASE TAKE NOTICE THAT Defendant COSTCO WHOLESALE CORPORATION, ("Defendant") hereby moves this Court to continue the pretrial conference date, presently set for December 5, 2022, to April 5, 2023; the trial date, presently set for January 31, 2023, to May 31, 2023, or the first dates thereafter available for this Court; and extend all Court-imposed deadlines by an equal amount of time.

**MOTION**

Defendant requests the Court continue the pretrial conference and trial dates and extend all Court-imposed deadlines by an equal amount of time.

1
DEFENDANT'S UNOPPOSED MOTION TO CONTINUE PRETRIAL CONFERENCE AND TRIAL DATES

271785930v.1

Good cause exists for a modification of all deadlines because the parties continue to engage in discovery. To date, the parties have exchanged written discovery. In addition, an independent medical exam of plaintiff was conducted on April 22, 2022.

Good cause further exists because discovery cut off is presently set for August 19, 2022. The parties have yet to set dates for the depositions of the parties. There is not sufficient time to prepare for and take depositions prior to the discovery cut off. Defendant's counsel is currently in trial in *James Britt, et al. v. A.H. Voss Company, et al.*, Alameda Superior Court Case No. RG21111867. A preference trial began on May 31, 2022. It is anticipated the trial may last through mid-August 2022.

This motion is unopposed. The parties have met and conferred and agree to continue the pretrial conference date, presently set for December 5, 2022, to April 5, 2023, and the trial date, presently set for January 31, 2023, to May 31, 2023, or the first dates thereafter available for this Court. The parties also agree to continue all trial related dates.

## CONCLUSION

Defendant requests the Court grant its motion to continue the pretrial conference date, presently set for December 5, 2022, to April 5, 2023; the trial date, presently set for January 31, 2023, to May 31, 2023, or the first dates thereafter available for this Court; and extend all Court-imposed deadlines by an equal amount of time.

Dated:   June 6, 2022                                         WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER, LLP


By:   */s/ Robert G. Engel*
         Robert G. Engel
         Lisa Silva Passalacqua
         Attorneys for Defendant
         COSTCO WHOLESALE
         CORPORATION

2
DEFENDANT'S UNOPPOSED MOTION TO CONTINUE PRETRIAL CONFERENCE AND TRIAL DATES

271785930v.1

# ORDER

Having considered Defendant's Unopposed Motion to Continue Pretrial Conference and Trial Dates, the Court grants Defendant's motion.

The Final Pretrial Conference is **April 10, 2023 at 1:30 p.m.**

The jury trial is set for **June 13, 2023 at 9:00 a.m.**

The parties shall disclose experts and produce reports in accordance with Federal Rule Civil Procedure 26(a)(2) by no later than October 3, 2022.

With regard to expert testimony intended solely for rebuttal, those experts shall be disclosed, and reports produced in accordance with Federal Rule of Civil Procedure 26(a)(2) on or before November 1, 2022.

All discovery, including depositions for preservation of testimony, is left open, save and except that it shall be so conducted as to be completed by December 12, 2022.

All motions to compel discovery must be noticed on the magistrate judge's calendar in accordance with the local rules of this court and so that such motions may be heard (and any resulting orders obeyed) not later than December 12, 2022.

All motions, except motions for continuances, temporary restraining orders, or other emergency applications, shall be filed on or before January 30, 2023.

**IT IS SO ORDERED.**

Dated: June 6, 2022

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE